City of Chicago, appellee, v. W. H. Nesby, appellant. Gen. No. 24,815.
Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.
Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Charles La Weather, appellant. Gen. No. 24,816.
Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.
Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. William Powell, appellant. Gen. No. 24,817.
Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.
Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Joseph Glenn, appellant. Gen. No. 24,818.
Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.
Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Walter Ledford, appellant. Gen. No. 24,819.
Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.
Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.
Mr. Justice McSurely delivered the opinion of the court.